IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF:
John RASH; a black male; DOB: 04/01/1999;
SSN: XXX-XX-8015; located at 2460 Jackson
Pike, Columbus, Ohio 43223.

Case No. 2:24-mj-6

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION UNDER RULE 41 FOR A
WARRANT TO SEARCH AND SEIZE**

I, **Samuel Chappell**, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application under Rule 41 of the Federal
Rules of Criminal Procedure for a warrant to search John RASH; a black male; DOB:
04/01/1999; SSN: XXX-XX-8015; located at 2460 Jackson Pike, Columbus, Ohio 43223, further
described in Attachment A, for the things described in Attachment B.

2.      I am a Columbus Ohio Police Office (Columbus Division of Police) currently
assigned as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and
Explosives (ATF). The Columbus Division of Police has employed me since 2007.  I have been
assigned as a TFO since 2017. My responsibilities as a TFO include the investigation of criminal
firearms possession and use, violent criminal street gangs, narcotics traffickers, firearm
traffickers, and money laundering related to the previously mentioned offenses.  I have prepared
affidavits submitted in federal and state court in support of applications for criminal complaints,
search warrants, tracking warrants, and/or arrest warrants.  I have participated in numerous
investigations involving a variety of investigative techniques, including physical and electronic

surveillance methods; controlled purchases; the analysis of a wide variety of records and data, including pen register and trap and trace data, as well as cell phone GPS/E-911 data; and the debriefing of defendants, informants, and witnesses.

3.     All the information contained in this affidavit is the result of either my own personal observations or investigation or has been provided to me by other law enforcement officers.

4.     This Affidavit is submitted in support of a search warrant for buccal swabs for DNA material from the person of John RASH (hereinafter referred to as RASH); a black male; DOB: 04/01/1999; SSN: XXX-XX-8015. RASH is suspected of being in possession of a firearm and ammunition while under a legal disability, in violation of 18 U.S.C. § 922(g)(1). Because this Affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested warrant, it does not contain each and every fact that I or the investigating agencies know about this case.

5.     Deoxyribonucleic acid (DNA) is genetic coding material, which is unique to each individual.  Laboratory analysis of DNA material can establish whether material, such as saliva, skin, hair, or blood, came from a particular individual. Because DNA is sometimes left behind on physical items previously touched by a particular individual, DNA evidence can be useful, admissible evidence in demonstrating that a particular person at one time was in possession of a particular piece of physical evidence, or present at a particular location or in a particular vehicle.

6.     On or about October 25, 2023, officers with the Ohio Adult Parole Authority (APA) received information from a known person that RASH had been in an altercation and had been observed with a firearm. The caller provided information that RASH had a firearm inside of

his APA-approved residence of 1250 Phale D. Hale Drive, Columbus, Ohio 43203. RASH

resides at this residence with his great grandmother, Henrietta Hill-Murray.

7.      Based on this information, the APA authorized the arrest of RASH.  APA officers

contacted RASH at 1250 Phale D. Hale Drive, Columbus, Ohio 43203, where he was arrested

without incident. APA officers conducted a search of RASH's residence.

8.      During the search, officers recovered a firearm magazine along with assorted

ammunition from RASH's room. In Henrietta Hill-Murray's room, officers recovered a loaded

Taurus 9mm pistol bearing serial number ACA420036. Officers preserved the Taurus 9mm

pistol bearing serial number ACA420036 and its magazine for DNA. Investigators later

interviewed Henrietta Hill-Murray. Based on that interview, investigators do not believe that the

Taurus 9mm pistol bearing serial number ACA420036 belonged to Henrietta Hill-Murray.

9.      The Taurus 9mm pistol bearing serial number ACA420036 and its magazine were

swabbed to recover any DNA on these items. These swabs were preserved as evidence.  To

compare the swabs taken from the Taurus 9mm pistol bearing serial number ACA420036, a

sample of RASH's DNA is needed.

10.     On or about February 27, 2018, RASH was convicted of Felonious Assault in the

Franklin County Court of Common Pleas (Case Number 17CR003664). Records from this case

indicate that RASH was sentenced to four years of imprisonment.  Therefore, RASH is federally

prohibited from possessing a firearm and/or ammunition.

11.     Based on the foregoing, I believe probable cause exists to issue a search warrant

to obtain a DNA sample from the person of RASH, as this DNA sample may constitute evidence

of violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).  Therefore, I request the

Court to allow me and other authorized law enforcement officers to use reasonable force, if

necessary, to take a cotton swab and place it inside the mouth of RASH, rubbing the inside of his

cheek to obtain cellular material. This method allows officers to obtain saliva and/or topical or

oral skin cells by means of an oral swab.  Based on my training and experience, I know that this

procedure is quick, painless and involves minimal intrusion into the body.

SAMUEL CHAPPELL (Affiliate)
Digitally signed by SAMUEL CHAPPELL (Affiliate)
Date: 2024.01.03 09:48:20 -05'00'

Samuel Chappell
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

This affidavit was sworn to by the affiant
by telephone after a PDF was transmitted
by email, per Crim R. 41(d)(3) on
this _3rd_ day of __January__, 2024.

United States Magistrate Judge
Southern District of Ohio
Eastern Division

**ATTACHMENT A**

**PERSONS / PLACES TO BE SEARCHED**

    The person to be searched is John RASH; a black male; DOB: 04/01/1999; SSN: XXX-XX-8015. RASH is currently incarcerated in the Franklin County Corrections Center II located at 2460 Jackson Pike, Columbus, Ohio 43223.XXX-XX-8015. RASH is currently incarcerated in the Franklin County Corrections Center II located at 2460 Jackson Pike, Columbus, Ohio 43223.

**<u>ATTACHMENT B</u>**

**ITEMS TO BE SEIZED**


      DNA standard from the saliva and topical and/or oral skin cells from John RASH, a black male, DOB: 04/01/1999, SSN: XXX-XX-8015.  A law enforcement officer will obtain this sample by employing standard DNA collection procedures, which will include the use of one or more sterile oral swabs.